**FILED & ENTERED**

AUG 13 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-11695-MB |
| RELIANT LIFE SHARES, LLC, | Chapter 11 |
| Debtor. | Adv. Proc. No.: 1:25-ap-01033-MB |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC, | **ORDER CONTINUING TIME OF INITIAL STATUS CONFERENCE** |
| Plaintiff, | Old Time<br>Date:   September 12, 2025<br>Time:   11:00 a.m. |
| vs. | NEW TIME<br>Date:   September 12, 2025 |
| SCOTT GRADY, an individual or the Estate of Scott Grady; RLS, GRANTOR, LLC, purported to be a California limited liability company; LaFORCE HOLDINGS, LLC, a California limited liability company; TRISTAN CAPITAL, INC., aka TRISTAN CAPITAL GROUP, INC., a California corporation; SEAN MICHAELS; PB CONSULTING, LLC, a California limited liability company; PB CONSULTING 2, LLC, a California limited liability company, 2007 IRREVOCABLE OCTOPUS TRUST, an entity of unknown organization; 2007 MMA TRUST, an entity of unknown organization; RLM TRUST, an entity of unknown organization; 18LS HOLDINGS, | Time:   **2:00 p.m.**<br>Ctrm:   303<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367<br><br>Parties in interest may **only appear remotely** using ZoomGov video and audio:<br><br>URL: **https://cacb.zoomgov.com/j/1612722911**<br>Meeting ID: **161 272 2911**<br>Password: **693198**<br>Telephone Numbers:   **1 (669) 254 5252**<br>    **or 1 (646) 828 7666**<br>    **or 1 (669) 216 1590**<br>    **or 1 (551) 285 1373** |

| | |
|---|---|
| LLC, a California limited liability company; SLG TRUST, an entity of unknown organization and address; RELIANT LIFE SHARES SERIES TRUST, aka RLS TRUST, a Trust; RMS TRUST, a Trust; SLG TRUST, an entity of unknown organization and origin; ANDREW MURPHY; PAUL ROY; LARRY TUPLER; DAVID UNDERWOOD; GENERATIONAL WEALTH, INC., a California close corporation; GENERATIONAL WEALTH BUILDERS INSURANCE SOLUTIONS, INC., a California corporation; SHAWN DAVENPORT; CLINT LEWIS; MARIA PADILLA; LARRY BAGBY; BRENT BORCHERT; MARK SANSOUCY; VINCENT BOVINO; STEVE WILLIAMS; NINA MAHDAVI; BRIAN CLARK; SUSAN SPRIECK; RICH LUJAN; PROFECTUS FINANCIAL & INSURANCE SERVICES, INC., a California corporation; KELLY WOO; ALEKSANDER DYO; JOCHEN FAAS; DAVID BRAUN FINANCIAL & INSURANCE SERVICES, INC., a California corporation; DAVID BRAUN; LUKE WALKER, an individual; CONNOR GRADY; HEATHER GUNTER; NINA ESTRELLA; ALMA RAMIREZ; JESSICA JIMENEZ; ALEXANDRA GRADY,<br><br>                    Defendants. | or 1 (833) 568 8864 |

On June 20, 2025, the Clerk of the Court issued a summons in this adversary proceeding setting the initial status conference (the "Status Conference") for September 12, 2025, at 11:00 a.m. Adv. Dkt. 2. **IT IS HEREBY ORDERED THAT:**

1. The Status Conference is continued from 11:00 a.m. to **2:00 p.m.** on September 12, 2025.
2. Only remote appearances via ZoomGov video and audio will be permitted.
3. No later than seven calendar days after the entry of this Order, the plaintiff Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (the "Plaintiff") shall serve this Order and Judge Barash's *Supplemental Notice re Availability of ZoomGov Audio and Video for Remote Appearance* (the "Supplemental Notice") on all named defendants in this proceeding. Plaintiff is authorized to modify the form Supplement Notice as necessary to remove language permitting in person appearances at the Status Conference.
4. Plaintiff shall file a proof of service in accordance with this Order no later than **September 5, 2012.**

###

Date: August 13, 2025

Martin R Barash
United States Bankruptcy Judge

---

**ORDER CONTINUING TIME OF INITIAL STATUS CONFERENCE**