United States Bankruptcy Court

Central District of California

Official Committee of Unsecured Creditor,

    Plaintiff

Adv. Proc. No. 25-01033-MB

Grady,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 2
Date Rcvd: Aug 13, 2025     Form ID: pdf031     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | 18LS Holdings, LLC |
| dft | | 2007 Irrevocable Octopus Trust |
| dft | | 2007 MMA Trust |
| dft | | Aleksander Dyo |
| dft | | Alexandra Grady |
| dft | | Alma Ramirez |
| dft | | Andrew Murphy |
| dft | | Brent Borchert |
| dft | | Brian Clark |
| dft | | Clint Lewis |
| dft | | Connor Grady |
| dft | | David Braun |
| dft | | David Braun Financial & Insurance Services, Inc. |
| dft | | David Underwood |
| dft | | Generational Wealth Builders Insurance Solutions, |
| dft | | Generational Wealth, Inc. |
| dft | | Heather Gunter |
| dft | | Jessica Jimenez |
| dft | | Jochen Faas |
| dft | | Kelly Woo |
| dft | | LaForce Holdings, LLC |
| dft | | Larry Bagby |
| dft | | Larry Tuppler |
| dft | | Luke Walker |
| dft | | Maria Padilla |
| dft | | Mark Sansoucy |
| dft | | Nina Estrella |
| dft | | Nina Mahdavi |
| pla | | Official Committee of Unsecured Creditors of Relia |
| dft | | PB Consulting 2, LLC |
| dft | | PB Consulting, LLC |
| dft | | Paul Roy |
| dft | | Profectus Financial & Insurance Services, Inc. |
| dft | | RLM Trust |
| dft | | RLS Grantor, LLC |
| dft | | RLS, Grantor, LLC |
| dft | | RMS Trust |
| dft | | Reliant Life Shares Series Trust |
| dft | | Rich Lujan |
| dft | | SLG Trust |
| dft | | SLG Trust |
| dft | | Scott Grady |

District/off: 0973-1 User: admin Page 2 of 2
Date Rcvd: Aug 13, 2025 Form ID: pdf031 Total Noticed: 0

| | |
|---|---|
| dft | Sean Michaels |
| dft | Shawn Davenport |
| dft | Steve Williams |
| dft | Susan Sprieck |
| dft | Tristan Capital, Inc. |
| dft | Vincent Bovino |

TOTAL: 48 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey I Golden | on behalf of Plaintiff Official Committee of Unsecured Creditors of Reliant Life Shares LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 2

**FILED & ENTERED**

**AUG 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>RELIANT LIFE SHARES, LLC,<br><br>Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady; RLS, GRANTOR, LLC, purported to be a California limited liability company; LaFORCE HOLDINGS, LLC, a California limited liability company; TRISTAN CAPITAL, INC., aka TRISTAN CAPITAL GROUP, INC., a California corporation; SEAN MICHAELS; PB CONSULTING, LLC, a California limited liability company; PB CONSULTING 2, LLC, a California limited liability company, 2007 IRREVOCABLE OCTOPUS TRUST, an entity of unknown organization; 2007 MMA TRUST, an entity of unknown organization; RLM TRUST, an entity of unknown organization; 18LS HOLDINGS, | Case No.: 1:24-bk-11695-MB<br><br>Chapter 11<br><br>Adv. Proc. No.: 1:25-ap-01033-MB<br><br>**ORDER CONTINUING TIME OF INITIAL STATUS CONFERENCE**<br><br>Old Time<br>Date:   September 12, 2025<br>Time:   11:00 a.m.<br><br>NEW TIME<br>Date:   September 12, 2025<br>Time:   **2:00 p.m.**<br>Ctrm:   303<br>           21041 Burbank Boulevard<br>           Woodland Hills, CA 91367<br><br>Parties in interest may **only appear remotely** using ZoomGov video and audio:<br><br>URL: **https://cacb.zoomgov.com/j/1612722911**<br>Meeting ID: **161 272 2911**<br>Password: **693198**<br>Telephone Numbers:   **1 (669) 254 5252**<br>                     **or 1 (646) 828 7666**<br>                     **or 1 (669) 216 1590**<br>                     **or 1 (551) 285 1373** |

**ORDER CONTINUING TIME OF INITIAL STATUS CONFERENCE**

| | | |
|---|---|---|
| 1 | LLC, a California limited liability company; SLG TRUST, an entity of unknown organization and address; RELIANT LIFE SHARES SERIES TRUST, aka RLS TRUST, a Trust; RMS TRUST, a Trust; SLG TRUST, an entity of unknown organization and origin; ANDREW MURPHY; PAUL ROY; LARRY TUPLER; DAVID UNDERWOOD; GENERATIONAL WEALTH, INC., a California close corporation; GENERATIONAL WEALTH BUILDERS INSURANCE SOLUTIONS, INC., a California corporation; SHAWN DAVENPORT; CLINT LEWIS; MARIA PADILLA; LARRY BAGBY; BRENT BORCHERT; MARK SANSOUCY; VINCENT BOVINO; STEVE WILLIAMS; NINA MAHDAVI; BRIAN CLARK; SUSAN SPRIECK; RICH LUJAN; PROFECTUS FINANCIAL & INSURANCE SERVICES, INC., a California corporation; KELLY WOO; ALEKSANDER DYO; JOCHEN FAAS; DAVID BRAUN FINANCIAL & INSURANCE SERVICES, INC., a California corporation; DAVID BRAUN; LUKE WALKER, an individual; CONNOR GRADY; HEATHER GUNTER; NINA ESTRELLA; ALMA RAMIREZ; JESSICA JIMENEZ; ALEXANDRA GRADY,<br><br>               Defendants. | or 1 (833) 568 8864 |

**ORDER CONTINUING TIME OF INITIAL STATUS CONFERENCE**

On June 20, 2025, the Clerk of the Court issued a summons in this adversary proceeding setting the initial status conference (the "Status Conference") for September 12, 2025, at 11:00 a.m. Adv. Dkt. 2. **IT IS HEREBY ORDERED THAT:**

1. The Status Conference is continued from 11:00 a.m. to **2:00 p.m.** on September 12, 2025.
2. Only remote appearances via ZoomGov video and audio will be permitted.
3. No later than seven calendar days after the entry of this Order, the plaintiff Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (the "Plaintiff") shall serve this Order and Judge Barash's *Supplemental Notice re Availability of ZoomGov Audio and Video for Remote Appearance* (the "Supplemental Notice") on all named defendants in this proceeding. Plaintiff is authorized to modify the form Supplement Notice as necessary to remove language permitting in person appearances at the Status Conference.
4. Plaintiff shall file a proof of service in accordance with this Order no later than **September 5, 2012.**

###

Date: August 13, 2025

Martin R Barash
United States Bankruptcy Judge

**ORDER CONTINUING TIME OF INITIAL STATUS CONFERENCE**