| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@go2.law<br>Michael R. Adele, State Bar No. 138339<br>madele@go2.law; techlitcenter@yahoo.com<br>3070 Bristol Street, Suite 640<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br>Facsimile 714-966-1002<br><br>Counsel to Official Committee<br>Of Unsecured Creditors of Reliant Life Shares, LLC<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Official Committee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Reliant Life Shares, LLC<br><br><br><br>Debtor(s). | CASE NO.: 1:24-bk-11695-MB<br><br>ADVERSARY NO.: 1:25-ap-01033-MB<br><br>CHAPTER: 11 |
|---|---|
| Official Committee<br>Of Unsecured Creditors of Reliant Life Shares, LLC<br><br>                              Plaintiff(s).<br>vs.<br>Scott Grady, et al.<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 09/12/2025<br>TIME: 2:00 pm PST<br>COURTROOM: 303<br>ADDRESS: 21041 Burbank Blvd, Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☐ Yes ☒ No

2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No

3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 1                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

   The Committee filed the Complaint in this adversary proceeding on June 17, 2025. Shortly thereafter, it became apparent that it would be necessary to amend the Complaint to add additional information as well as most likely additional parties. As a result, the Committee did not serve the Summons and Complaint while it continued its investigation and amended the Complaint. The Committee will file and serve the amended Complaint in advance of the Status Conference presently scheduled for September 12, 2025.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?
      
      <u>Plaintiff</u>                                        <u>Defendant</u>
      
      Plaintiff anticipates that it will be ready for trial in 12-18 months

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      
      <u>Plaintiff</u>                                        <u>Defendant</u>
      
      The number of defendants and whether or not they will be represented by multiple law firms makes it difficult to gauge the length of time and complexity.

   3. When do you expect to complete <u>your</u> discovery efforts?
      
      <u>Plaintiff</u>                                        <u>Defendant</u>
      
      9-15 months

   4. What additional discovery do you require to prepare for trial?
      
      <u>Plaintiff</u>                                        <u>Defendant</u>
      
      Written discovery, depositons, expert discovery, including damages, industry/fiduciary experts

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
      
      <u>Plaintiff</u>                                        <u>Defendant</u>
      
      3-4 Days

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      
      <u>Plaintiff</u>                                        <u>Defendant</u>
      
      10-15

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                                        F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Could be hundreds, but may be able to use demonstratives or summaries | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: To narrow and focus the issues that have to be tried | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 08/01/2026 | (date) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   None to date

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   | Plaintiff | Defendant |
   |---|---|
   | ☐ Yes  ☒ No | ☐ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     Page 3                                   **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 08/29/2025

Golden Goodrich, LLP
Printed name of law firm

_____
Signature

Anerio V. Altman
Printed name

Attorney for: Official Committee

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 4                           F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3070 Bristol Street, #640, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/29/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com; dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/29/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual and local rule.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/29/2025 | ANERIO V. ALTMAN | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.