| | |
|---|---|
| 1 | ALEXANDRE IAN CORNELIUS (#180652) |
| 2 | cornelius@thecalaw.com |
| | TIMOTHY R. CRAWFORD (#334859) |
| 3 | crawford@thecalaw.com |
| | **CORNELIUS & ASSOCIATES, APC** |
| 4 | 23801 Calabasas Rd. Ste 100 |
| | Calabasas, CA 91302 |
| 5 | Telephone: (818) 835-9159 |
| | Facsimile: (818) 396-3160 |

Attorneys for Defendant Dale Tenhulzen

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.:   1:24:bk:11695-MB |
| RELIANT LIFE SHARES, LLC, | Adv. Case No.: 1:25-ap-01033-MB |
| Debtor in Possession. | |
| | **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT DALE TENHULZEN TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC | |
| Plaintiffs, | |
| v. | |
| SCOTT GRADY, an individual or the Estate of Scott Grady; RLS, Grantor, LLC, a purported to be a California limited liability company; LAFORCE HOLDINGS, LLC, a California limited liability company; TRISTAN CAPITAL, INC., aka TRISTAN CAPITAL GROUP, INC., a California corporation; SEAN MICHAELS, an individual; PB CONSULTING, LLC, a California limited liability company; PB Consulting 2, LLC, a California limited liability company, 2007 Irrevocable Octopus Trust, an entity of unknown organization; 2007 MMA Trust, an entity of unknown organization; RLM Trust, an entity of unknown organization; 18LS Holdings, LLC, a California limited | |

1

| | |
|---|---|
| 1 | liability company; SLG Trust, an entity of unknown |
| 2 | organization and address; RELIANT LIFE SHARES SERIES TRUST, aka RLS Trust, |
| 3 | a Trust; RMS TRUST, a Trust; RLS Grantor, LLC, a purported to be a |
| 4 | California limited liability company; SLG TRUST, an entity of unknown organization |
| 5 | and origin; ANDREW MURPHY, an individual; PAUL ROY, an individual; |
| 6 | LARRY TUPLER, an individual; DAVID UNDERWOOD, an individual; |
| 7 | GENERATIONAL WEALTH, INC., a California close corporation; |
| 8 | GENERATIONAL WEALTH BUILDERS INSURANCE SOLUTIONS, INC., a |
| 9 | California corporation; SHAWN DAVENPORT, an individual; CLINT |
| 10 | LEWIS, an individual;; LARRY BAGBY, an individual; BRENT BORCHERT, an |
| 11 | individual; RLS FINANCIAL SERVICES, INC., a California corporation; MARK |
| 12 | SANSOUCY, an individual; STEVE SYMONS, an individual, VINCENT |
| 13 | BOVINO, an individual; STEVE WILLIAMS, an individual; NINA |
| 14 | MAHDAVl, an individual; BRIAN CLARK, an individual; SUSAN SPRIECK, |
| 15 | an individual; RICH LUJAN, an individual; PROFECTUS FINANCIAL & |
| 16 | INSURANCE SERVICES, INC., a California corporation; KELLY |
| 17 | WOO, an individual; ALEKSANDER DYO, an individual; JOCHEN FAAS, an |
| 18 | individual; DAVID BRAUN FINANCIAL & INSURANCE SERVICES, INC., a |
| 19 | California corporation; DAVID BRAUN, an individual; LUKE WALKER, an |
| 20 | individual; CONNOR GRADY, an individual; HEATHER GUNTER, an |
| 21 | individual; NINA ESTRELLA, an individual; ALMA RAMIREZ, an |
| 22 | individual;; ALEXANDRA GRADY, an individual; MACK BROWN, an |
| 23 | Individual; JOVAN MICHEL, an individual; BEN MOHR, an individual; |
| 24 | WENDELL BRADBURY, an individual; JOANNA BOEY, an individual; THOMAS |
| 25 | MEAGLIA, an individual; MOGENS PEDERSON, an individual; BARRY |
| 26 | NEAL, an individual; FAE HAVENOR, an individual; MICHAEL 28 FLOOD, JR., an |
| 27 | individual; DALE TENHULZEN, an individual; JAMES JOHNSON, an |
| 28 | |

STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT DALE TENHULZEN TO FILE A
RESPONSE TO THE FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS

|   |   |
|---|---|
| 1 | individual; ERIC WOLITZKY, an individual, CATHERINE (XIAOKUI) MA, an individual; WILLIAM RAMIREZ, an individual, DAVID DAY, an individual, JOHN MARQUES, an individual; KEITH SPRINGER, an individual; and HARSHAD SHAW, an individual; JOSEPH ASTALOS, an individual; ROBIN REEVES, an individual; ANDREW LEE, an individual; RON C. LESTER JR., an individual, GLENN NITTI, an individual; GARY OPP, an individual; RONALD LEDERKRAMER, an individual; JOHN FREIDRICKSON, an individual; DEBORAH MINEGAR, an individual; BRUCE WIEDE, an individual; NEIL BARBOUR, an individual; ROBERT ELDRIDG, an individual, CRAIG PONDER SR., an individual, and CHRISTOPHER M. STEVENS, an individual. |
|   | Defendants. |

## STIPULATION

**WHEREAS**, Defendant Dale Tenhulzen's ("Tenhulzen") original deadline to respond to the first amended complaint (the "Complaint") was October 14, 2025.

**WHEREAS** counsel for Plaintiff and Tenhulzen met and conferred on October 21, 2025 about a potential 12(b)(6) motion to dismiss as well as settlement discussions.

**WHEREAS**, counsel for Plaintiff and Tenhulzen desire to continue to meet and confer on Tenhulzen's potential motion to dismiss and to discuss further potential for a settlement.

**WHEREAS**, the Tenhulzen has requested that Plaintiff grant him an extension to respond to the Complaint through and including November 11, 2025.

**WHEREAS**, Plaintiff is willing to grant the Defendants an extension until November 11, 2025, to respond to the Complaint.

**WHEREAS**, in the interests of justice and sound administration of this case, the parties hereto request that the Court grant and enter this stipulation granting the Tenhulzen an extension of time to respond to the Complaint through November 11, 2025.

STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT DALE TENHULZEN TO FILE A
RESPONSE TO THE FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Tenhulzen, on the other hand, by and through their respective attorneys as follows:

1. The above recitals are incorporated herein by reference.

2. Tenhulzen shall have up to and including November 11, 2025, to file and serve a response to the Complaint.

3. Plaintiffs shall not request entry of Tenhulzen's default with respect to the Complaint until after November 11, 2025.

4. The parties have submitted an order concurrently with this stipulation for the Court to review and, if approved, enter in the case.

Dated: October 21, 2025    **CORNELIUS & ASSOCIATES, APC**

By. ____/s/ *Alexandre Ian Cornelius*____
Alexandre Ian Cornelius, Esq.
Timothy R. Crawford, Esq.
Attorneys for Defendant Dale Tenhulzen

Dated: October 21, 2025    **GOLDEN GOODRICH LLP**

By. ____/s/_____
Jeffrey I. Golden, Esq.
Counsel to Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

4

STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT DALE TENHULZEN TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT DALE TENHULZEN TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 24, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V. Altman  aaltman@ecf.courtdrive.com; lakeforestpacer@gmail.com
Jeffrey I Golden  jgolden@go2.law; kadele@ecf.courtdrive.com' cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com;
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2025 | Mel Harris | *Mel Harris* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**