**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Michael R. Adele, State Bar No. 138339
madele@go2.law; techlitcenter@yahoo.com
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002
Counsel to the Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>RELIANT LIFE SHARES, LLC,<br><br>         Debtor and Debor-in-Possession. | Chapter 11<br><br>Case No. 1:24:bk:11695-MB |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady et al.<br><br>         Defendants. | Adv. No. Pro. 1:25-ap-01033-MB<br><br>**JOINT STATUS REPORT BETWEEN COUNSEL TO THE REORGANIZED DEBTOR AND CERTAIN DEFENDANTS**<br><br>United States Bankruptcy Judge:<br>Honorable Martin R. Barash |

**TO THIS HONORABLE COURT:**

Counsel to the Reorganized Debtor on the one hand, and Profectus Financial & Insurance Services, Kelly Woo, Aleksander Dyo, RLS Financial Services, Inc., Steve Symons, Mark Sansoucy, Mack Brown, Paul Roy and Larry Tupler hereby submit this

1

**Golden Goodrich LLP**
3070 Bristol St, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Attachment to the Joint Status Report pursuant to Local Bankruptcy Rule 7016-1(a)(2) and state as follows:

**A. PLEADINGS/SERVICE**

Counsel for the Reorganized Debtor ("Debtor") has served all Defendants by first-class mail, postage prepaid, pursuant to Federal Rule of Bankruptcy Procedure 7004.

2. As of the date of filing this Joint Status Report, no defendant has filed a responsive pleading to the Second Amended Complaint. The Debtor has met and conferred with counsel for multiple defendants and has granted extensions of the deadline to file responsive pleadings when requested. Other defendants, upon whom service is believed to have been effectuated, have failed to respond to the Amended Complaint or otherwise obtain an extension of the deadline to do so. The Debtor will be filing Requests for Default with respect to those defendants.

3. As of the date of this Joint Status Report, no motions have been filed with respect to the Claims Documents.

4. The parties have not engaged in the discovery planning conference contemplated by LBR 7026-1, which incorporates Federal Rule of Civil Procedure 26(f), as made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026. Because nearly every party that has contacted the Debtor has requested and received an extension of time to file a response to the Second Amended Complaint, the parties have not yet planned for discovery. The Debtor has sought and obtained thousands of documents from third party banking institutions, which it is in the process of reviewing to obtain additional transactional information as well as additional information regarding avoidance actions.

5. As the parties continue to discuss potential settlement and/or other disposition of certain defendants, and the document review process remains ongoing, the parties for whom counsel has been engaged in this matter have stipulated to a continuance of the Status Conference for thirty (30) days.

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

Dated: April__, 2026

Respectfully Submitted,

**GOLDEN GOODRICH LLP**

By:  /s/ Jeffrey I. Golden

JEFFREY I. GOLDEN

Proposed Counsel to the Reorganized

Debtor

Dated: April 16, 2026

SHULMAN BASTIAN FRIEDMAN BUI & O'DEA

LLP

By:

JAMES BASTIAN

RYAN O'DEA

Counsel to Defendants Profectus Financial

& Insurance Services, Kelly Woo and

Aleksander Dyo

Dated: April __, 2026

KOGAN LAW FIRM, APC

By:

MICHAEL S. KOGAN

Counsel to Defendants RLS Financial

Services, Inc., Steve Symons, Mark

Sansoucy, Mack Brown, Paul Roy and Larry

Tupler

3

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Dated:  April__, 2026

Respectfully Submitted,

**GOLDEN GOODRICH LLP**

By:  /s/ Jeffrey I. Golden

JEFFREY I. GOLDEN

Proposed Counsel to the Reorganized

Debtor

Dated:  April __, 2026

SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP

By:  _____

JAMES BASTIAN

RYAN O'DEA

Counsel to Defendants Profectus Financial

& Insurance Services, Kelly Woo and

Aleksander Dyo

Dated:  April 15, 2026

KOGAN LAW FIRM, APC

By:  _____

MICHAEL S. KOGAN

Counsel to Defendants RLS Financial

Services, Inc., Steve Symons, Mark

Sansoucy, Mack Brown, Paul Roy and Larry

Tupler

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

3

Dated:  April 15, 2026                    BEITCHMAN ZEKIAN APC


By:   _____

DAVID P. BEITCHMAN

Counsel to Jochen Faas and Luke Walker

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **JOINT STATUS REPORT BETWEEN COUNSEL TO THE REORGANIZED DEBTOR AND CERTAIN DEFENDANTS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **April 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **April 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2026 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

Anerio V Altman     aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
David P Beitchman     dbeitchman@bzlegal.com
Jeffrey I Golden     jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Michael S Kogan     mkogan@koganlawfirm.com
Christopher Stevens     cms@cmoorestevens.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**VIA Email**

Ryan O'Dea- rodea@shulmanbastian.com