**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Michael R. Adele, State Bar No. 138339
madele@go2.law; techlitcenter@yahoo.com
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel to the Reorganized Debtor

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>RELIANT LIFE SHARES, LLC,<br><br>Debtor. | Case No. 1:24-bk-11695-MB<br><br>Chapter 11<br><br>Adv. No. 1:25-ap-01033-MB<br><br>**ORDER APPROVING STIPULATION TO EXTEND DATES TO RESPOND TO THE SECOND AMENDED COMPLAINT TO SEPTEMBER 30, 2026, FOR CERTAIN DEFENDANTS** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>Plaintiff,<br>v.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady et al,<br><br>Defendants. | <u>Continued Status Conference</u><br><br>Date: November 19, 2026<br>Time: 1:30 p.m. Pacific Time<br>Place: Courtroom 303<br>21041 Burbank Blvd.,<br>Woodland Hills, CA 91367<br><br>Parties in interest may appear in person or remotely using ZoomGov video and audio:<br><br>URL: https://cacb.zoomgov.com/j/1652834489<br>Meeting ID: 165 283 4489<br>Password: 593850<br>Telephone Numbers: +1 (669) 254-5252<br>or +1 (646) 828-7666<br>or +1 (669) 216-1590<br>or +1 (551) 285-1373<br>or +1 (833) 568-8864 |

**Golden Goodrich LLP**
3070 Bristol St, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

The Court having reviewed the *Stipulation to Extend Dates to Respond to the Second Amended Complaint to September 30, 2026, for Certain Defendants*, Adv. Dkt. 127, and finding good cause therefor, it is **ORDERED** that:

1. The deadline for the following defendants to respond to the Second Amended Complaint is extended to September 30, 2026:

   a. Luke Walker;

   b. Profectus Financial & Insurance Services;

   c. Kelly Woo;

   d. Aleksander Dyo;

   e. RLS Financial Services, Inc.;

   f. Steve Symons;

   g. Mark Sansoucy;

   h. Mack Brown;

   i. Paul Roy;

   j. Larry Tupler;

   k. Jochen Faas; and

   l. Jovan Michel; and

2. The status conference in this adversary proceeding is continued to date, time and location set forth in the caption of this Order.

###

Date: August 27, 2026

Martin R Barash
United States Bankruptcy Judge

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002