**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Michael R. Adele, State Bar No. 138339
madele@go2.law; techlitcenter@yahoo.com
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel to Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

FILED & ENTERED

OCT 05 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>RELIANT LIFE SHARES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 1:24-bk-11695-MB |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady et al.<br><br>Defendants. | Adv. No. 1:25-ap-01033-MB<br><br>**ORDER APPROVING STIPULATION TO DISMISS DEFENDANT BRENT BORCHERT WITHOUT PREJUDICE AND RETAINING JURISDICTION** |

Golden Goodrich LLP
3070 Bristol St, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

This Court has considered the Stipulation (the “Stipulation”) [Adv. Dkt. 131] between Defendant Brent Borchert (“Defendant”) and Plaintiff Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (“Plaintiff”), in connection with the requested dismissal of Defendant without prejudice.

The Court finds good cause to approve the Stipulation.

Accordingly, IT IS HEREBY ORDERED, that:

1. The Stipulation is hereby approved.

2. Defendant is hereby dismissed without prejudice from this action, with Plaintiff and Defendant each bearing their own fees and/or costs (if any) incurred through the date of such dismissal.

3. The Court retains jurisdiction to interpret and implement the terms of the Stipulation and this Order, <u>including with respect to any motion that may be filed for reinstatement</u>.

###

Date: October 5, 2026

Martin R Barash
United States Bankruptcy Judge

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002