**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Michael R. Adele, State Bar No. 138339
madele@go2.law; techlitcenter@yahoo.com
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel to the Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>RELIANT LIFE SHARES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 1:24:bk:11695-MB |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>Plaintiff,<br>v.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady et al.<br><br>Defendants. | Adv. No. 1:25-ap-01033-MB<br><br>**JOINT STATUS REPORT BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND CERTAIN DEFENDANTS**<br><br>**<u>CURRENT STATUS CONFERENCE DATE</u>:**<br>**DATE: October 13, 2026**<br>**TIME: 1:30 p.m.**<br>**CTRM: 303 (Via Zoom)** |

**TO THIS HONORABLE COURT:**

The Official Committee Of Unsecured Creditors ("Committee"), on the one hand, and Profectus Financial & Insurance Services, Kelly Woo, Aleksander Dyo, RLS Financial Services, Inc., Steve Symons, Mark Sansoucy, Mack Brown, Paul Roy and Larry Tupler hereby submit this Attachment to the Joint Status Report pursuant to Local Bankruptcy Rule 7016-1(a)(2) and state as follows:



Golden Goodrich LLP
3070 Bristol St, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**A. <u>PLEADINGS/SERVICE</u>**

1. The Committee has served all Defendants by first-class mail, postage prepaid, pursuant to Federal Rule of Bankruptcy Procedure 7004.

2. As of the date of filing this Joint Status Report, no defendant has filed a responsive pleading to the Second Amended Complaint. The Committee has met and conferred with counsel for multiple defendants and has granted extensions of the deadline to file responsive pleadings through September 30, 2026, with notice that Plaintiff did not intend to grant further extensions of time to respond. Other defendants, upon whom service is believed to have been effectuated, have failed to respond to the Amended Complaint or otherwise obtain an extension of the deadline to do so and, where appropriate, the Committee will be following up with Requests for Default with respect to those defendants.

3. Service could not be completed, however, on certain remaining Defendants – including certain individuals whose addresses are unknown or whose mail has been returned as undeliverable, entities that appear to be dissolved, suspended or otherwise defunct, and trusts for which no trustee has been identified. Plaintiff intends to file a motion to allow service by publication. We have been continuing to try and locate them, are analyzing collectability and other issues regarding these remaining Defendants, and may file a motion for leave to serve by publication.

4. As of the date of this Joint Status Report, no motions have been filed with respect to the Claims Documents.

5. Because every actively involved party that has contacted the Committee has requested and/or received an extension of time to file a response to the Second Amended Complaint, the parties have not yet planned for formal discovery. As the Committee does not anticipate granting any further extensions of the time to respond to the Second Amended Complaint, it will be contacting the remaining Defendants to engage in the Rule 26 discovery conference shortly.

Respectfully Submitted,

Dated: November 4, 2026

**GOLDEN GOODRICH LLP**

By: /s/ Jeffrey I. Golden
JEFFREY I. GOLDEN
Counsel to the Reorganized Debtor

Dated: November 4, 2026

**KOGAN LAW FIRM, APC**

By: [signature]
MICHAEL S. KOGAN
Counsel to Defendants RLS Financial Services, Inc., Steve Symons, Mark Sansoucy, Mack Brown, Paul Roy and Larry Tupler

Dated: November __, 2026

**BARNHILL & VAYNEROV LLP.**

By: ______________________
MAXIM VAYNEROV
Counsel to Defendant Christopher Stevens

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Respectfully Submitted,

Dated: November __, 2026

**GOLDEN GOODRICH LLP**

By: ______________________________
JEFFREY I. GOLDEN
Counsel to the Reorganized Debtor

Dated: November__, 2026

**KOGAN LAW FIRM, APC**

By: ______________________________
MICHAEL S. KOGAN
Counsel to Defendants RLS Financial Services, Inc., Steve Symons, Mark Sansoucy, Mack Brown, Paul Roy and Larry Tupler

Dated: November 4, 2026

**BARNHILL & VAYNEROV LLP**.

By: ______________________________
MAXIM VAYNEROV
Counsel to Defendant Christopher Stevens

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND CERTAIN DEFENDANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 4, 2026 | Kelly Adele | Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Electronic Mail Notice List**

Anerio V Altman aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
Jeffrey I Golden jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law
Michael S Kogan mkogan@koganlawfirm.com
Christopher Stevens cms@cmoorestevens.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

**Email**

Maxim Vaynerov – vaynerov@bv-llp