**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Michael R. Adele, State Bar No. 138339
madele@go2.law; techlitcenter@yahoo.com
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002
Counsel to the Reorganized Debtor

FILED & ENTERED
NOV 05 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>RELIANT LIFE SHARES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 1:24:bk:11695-MB |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady et al.<br><br>Defendants. | Adv. No. 1:25-ap-01033-MB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DATES TO RESPOND TO THE SECOND AMENDED COMPLAINT TO NOVEMBER 30, 2026, FOR CERTAIN DEFENDANTS** |

Golden Goodrich LLP
3070 Bristol St, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**WHEREAS**, the Court has reviewed the **STIPULATION TO EXTEND DATES TO RESPOND TO THE SECOND AMENDED COMPLAINT TO NOVEMBER 30, 2026, FOR CERTAIN DEFENDANTS,** ROA # 143 and found good cause therefor;

**IT IS HEREBY ORDERED THAT** the deadline for the following Defendants to respond to the Second Amended Complaint is hereby extended to and including November 30, 2026:

a. RLS Financial Services, Inc.;

b. Steve Symons;

c. Mark Sansoucy;

d. Mack Brown;

e. Paul Roy;

f. Larry Tupler; and

g. Jovan Michel.

###

Date: November 5, 2026

Martin R Barash
United States Bankruptcy Judge

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002